UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL EUGENE HEATH,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-2189 (ESH) |
| ) | |
| **ALBERTO GONZALES, Attorney General** ) | |
| **for the United States,** *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**This is a final appealable Order**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 7, 2007