UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL EUGENE HEATH,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **Civ. Action No. 07-2189 (ESH)** |
| | ) |
| **ALBERTO GONZALES** *et al.*, | ) |
| | ) |
| **Respondents.** | ) |
| | ) |

ORDER

Petitioner seeks reconsideration of the Order of December 7, 2007.  Because the motion

comes more than ten days after entry of the final order, it is treated as brought pursuant to Fed. R.

Civ. P. 60(b).  Motions for reconsideration are committed to the sound discretion of the trial

court and need not be granted "unless the district court finds that there is an intervening change

in controlling law, the availability of new evidence or the need to correct a clear error or prevent

manifest injustice."  *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and

quotations omitted); *see also* Fed. R. Civ. P. 60(b) (listing grounds for relief from a final order).

In the current motion, petitioner merely restates previously considered arguments.  He therefore

has provided no grounds for relief.  Accordingly, it is

ORDERED that petitioner's motion for reconsideration [Dkt. No. 4] is DENIED.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: January 23, 2008