UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL EUGENE HEATH,** | ) |
| Petitioner, | ) |
| v. | ) Civ. Action No. 07-2189 (ESH) |
| **ALBERTO GONZALES** *et al.*, | ) |
| Respondents. | ) |

**ORDER**

    Petitioner moves pursuant to Fed. R. Civ. P. 60(b) for relief from the Order of December 7, 2007. As the Court stated in denying petitioner's previous motion for such relief, a motion to reconsider need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotations omitted); *see also* Fed. R. Civ. P. 60(b) (listing grounds for relief from a final order). In the current motion, petitioner asserts that the Court has personal jurisdiction over the named respondents but the dismissal was based on the Court's inability to entertain the habeas petition because of the jurisdictional limitations of 28 U.S.C. § 2255. Petitioner has presented no basis for reconsidering that ruling. Accordingly, it is

    **ORDERED** that petitioner's Rule 60(b) motion [Dkt. No. 6] is **DENIED**.

                                             /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

DATE: March 13, 2008